United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Carlton Hunter, Jr., Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Christiana Trust, a division of Wilmington Savings Fund Society, FSB as trustee of ARLP Trust 2, Bank of America, N.A., Florida Foreclosure Attorneys, PLLC, Defendants | ) ) ) ) ) | Civil Action No. 15-22993-Scola |

### Order Denying Emergency Motion For Temporary Restraining Order

Carlton Hunter, Jr. askes the Court to issue a temporary restraining order and preliminary injunction preventing the Defendants from "attempting to consummate a sale of the subject property at issue." (Mot. 1, ECF No. 21.) The Court denies the motion for two reasons. First, the Court is uncertain if it has subject-matter jurisdiction over this case, and the inclusion of a Florida-based limited liability company strongly suggests that the Court does not have jurisdiction. (*See* Order Requiring 2d Am. Compl. 2, ECF No. 20.) Second, the motion askes the Court to enjoin the state-court foreclosure proceedings. But "[t]he Anti–Injunction Act prohibits a federal court from 'grant[ing] an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments.'" *Mercer v. Sechan Realty, Inc.*, 569 F. App'x 652, 655 (11th Cir. 2014) (quoting 28 U.S.C. § 2283). Hunter has not presented any argument that this case falls within any of the exceptions to the Anti-Injunction Act.

After considering the motion, the record, and the relevant legal authorities, the Court **denies** the emergency motion for a temporary restraining order and preliminary injunction (ECF No. 21).

**Done and ordered** at Miami, Florida on October 7, 2015.

Robert N. Scola, Jr.
United States District Judge